# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 2, 2020

Lyle W. Cayce
Clerk

No. 20-50099
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Raul Osvaldo Villanueva Rodriguez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:19-CR-993-1

Before Graves, Willett, and Duncan, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Raul Osvaldo Villanueva Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Villanueva Rodriguez has filed a

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-50099

response.  We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Villanueva Rodriguez's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.